## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MS. RACHEL OQUENDO**<br>18726 Walker Choice Road<br>Gaithersburg, MD 20886<br><br>**MS. ANA ALGA-TORO**<br>18726 Walker Choice Road<br>Gaithersburg, MD 20886<br><br>**MS. LINDA RUCKER**<br>18726 Walker Choice Road #2<br>Gaithersburg, MD 20886<br><br>　　　　　**Plaintiffs**<br><br>　　v.<br><br>**MR. PETER GREEN [sic],**<br>**Secretary of the Army**<br><br>**UNITED STATES ATTORNEY**<br>**Civil Division**<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br><br>　　　　　**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 08-0032 (RBW)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for defendants in the above-captioned case.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　BRIAN C. BALDRATE
　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　202-353-9895  / FAX 202-514-8780

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

MS. RACHEL OQUENDO
18726 Walker Choice Road
Gaithersburg, MD 20886

on this _____ day of January, 2008.

_____/s/_____
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780