IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ms. Rachel Pizarro-Oquendo                    31 January 2008

Ms. Ana Alga-Toro                             Case# 08-0032-RBW

&
Ms. Linda Rucker

Plantiffs

Mr. Peter Green Secretary
  Of The Army

Defendant

**RECEIVED**
**FEB - 4 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION TO ENTER THE ABOVE PLANTIFF'S

ADDRESSES IN THE CASE FILE ABOVE

Ms. Rachel Pizarro-Oquendo
10140 Avenel Garden
Silver Spring, MD. 20903

Ms. Ana Alga-Toro
695 Americana Drive
Annapolis, MD. 21403

Ms. Linda Rucker
18726 Walker Choice Rd # 2
Gaithersburg, MD 20886

CERTIFICATE OF SERVICE

1/31/08

WE DO HEREBY CERTIFY THAT A COPY OF THE ABOVE MOTION WAS MAILED :

UNITED STATED DISTRICT ATTORNEY'S OFFICE
CIVIL DIVISION
555 4TH STREET
WASHINGTON, D.C. 20530