IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ms. Rachel Pizarro-Oquendo          4 February 2008

Ms. Ana Alga-Toro                    Case# 08-0032-RBW

&
Ms. Linda Rucker

Plantiffs

Mr. Peter Green Secretary
Of The Army
Defendant

RECEIVED
FEB - 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION TO REQUEST TRIAL BEFORE JUDGE

We the Plantiffs in the above entitled case Prose, would like to present our case before the above named Judge.

Ms. Rachel Pizarro-Oquendo
10140 Avenel Garden
Silver Spring, MD. 20903

Ms. Ana Alga-Toro
695 Americana Drive
Annapolis, MD. 21403

Ms. Linda Rucker
18726 Walker Choice Rd # 2
Gaithersburg, MD 20886

## CERTIFICATE OF SERVICE

2/4/2008

WE DO HEREBY CERTIFY THAT A COPY OF THE ABOVE MOTION WAS MAILED :

UNITED STATED DISTRICT ATTORNEY'S OFFICE
CIVIL DIVISION
555 4TH STREET
WASHINGTON, D.C. 20530`