# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RACHAEL OQUENDO, *et. al.*,**     )
    **Plaintiffs,**     )
          )
**v.**     )     **Civil Action No.  08-0032 (RBW)**
          )
          )
**Mr. PETE GEREN,**     )
**Secretary of the Army**     )
    **Defendant.**     )

## DEFENDANT'S MOTION TO VACATE THE ORDER GRANTING PLAINTIFFS IN FORMA PAUPERIS STATUS AND STAY DEFENDANT'S DUTY TO ANSWER

Defendant, by and through undersigned counsel, respectfully moves this Court to vacate its previous order granting Plaintiffs *in forma pauperis* (IFP) status due to the discrepancies between the information Plaintiffs filed in their affidavits to the Court seeking IFP status, and the Amy records reflecting Plaintiffs' pay. Defendant requests that this Court require Plaintiffs to verify their IFP status before being allowed to proceed forward. If the Court determines that Plaintiffs do not qualify for IFP status, they should be required to pay the filing fees, or their case should be dismissed pursuant to 28 U.S.C. §1915, in addition to whatever other remedies this Court deems appropriate.[1] Defendant requests that his obligation to answer, move, or otherwise respond be stayed until resolution of Plaintiffs' IFP status. A Memorandum of Points and Authority in Support of this Motion and a proposed Order is attached to this Motion.[2]

---

[1] LCvR 7(m) imposes a requirement on counsel to confer with Plaintiffs before filing any nondispositive motion. However, Defendant did not confer with Plaintiff prior to filing this Motion as the remedy under 28 U.S.C. § 1915 is dismissal, and thus this Motion may be dispositive.

[2] In the event this case proceeds forward, Defendant consents to Plaintiffs' Motion for a Trial Before Judge Alone, R # 9.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RACHAEL OQUENDO,** *et al*,          ) | |
| **Plaintiffs,**                       ) | |
|                                       ) | |
| **v.**                                ) | **Civil Action No.  08-0032  (RBW)** |
|                                       ) | |
|                                       ) | |
| **Mr. PETE GEREN,**                   ) | |
| **Secretary of the Army,**            ) | |
| **Defendant.**                        ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S
MOTION TO VACATE THE ORDER GRANTING PLAINTIFFS IN FORMA
PAUPERIS STATUS AND STAYING DEFENDANT'S DUTY TO ANSWER**

### I.  INTRODUCTION

This is a Title VII employment discrimination action brought against the Secretary of the Army by three civilian Army employees *pro se*.  Plaintiffs are current employees of the Patient Administration Division (PAD) at the Walter Reed Army Medical Center (WRAMC).  Plaintiff Oquendo and Plaintiff Alago-Toro are GS-05 Medical Record Technicians, and Plaintiff Rucker is a YA-01 Supervisory Records Technician and the first-level supervisor over Oquendo and Alago-Toro.  Each Plaintiff claims retaliation by management officials based on their involvement in a prior sexual harassment informal complaint filed by Plaintiff Alago-Toro in December 2006.

In bringing this lawsuit each Plaintiff moved to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. §1915.  This Court granted these requests on January 2, 2008, (Order entered 1/15/08 referencing R. #3,4,5.)  However, as detailed below, there are several discrepancies between the information Plaintiffs filed in their sworn affidavits to the Court seeking IFP status, and Army payroll records.

In their respective IFP affidavits to the Court, Plaintiff Rucker listed her bi-weekly income as "$900.00" (R. # 4, Rucker IFP Affidavit); Plaintiff Oquendo listed her bi-weekly income as "$500.00." (R. #2, Oquendo, IFP Affidavit); and Plaintiff Alago-Toro listed her bi-weekly income as "$700.00," All three swore they owned nothing of value (not even a car or a house), swore they had no other income (not even from a spouse), and, although each acknowledged having a bank account, all three swore that their account balances were "$0." (R.# 2,3,4, Plaintiffs IFP Affidavits.)

Based on the unusually low reported bi-weekly income for these employees on their IFP affidavits, Defendant requested verification of their current salary from the payroll office at WRAMC.  The attached declaration from a payroll supervisor at WRAMC (Defense Ex. 1), indicates numerous discrepancies between Plaintiffs' IFP reported incomes and their payroll records.  (Defense Ex. 1, Encls. A-C.)  According to Army records Plaintiff Rucker's gross annual salary at the time she submitted her IFP affidavit was $48,933 and her gross bi-weekly pay was $1876.  This income level of approximately $50,000 per year appears at odds with Plaintiff Rucker's claimed 'pauper' status.  Moreover, her actual bi-weekly gross pay of $1876 is more than twice the amount of $900 she listed in her sworn IFP application. (Id.)

Army records further indicate that Plaintiff Oquendo's gross annual pay was $33,425, and her bi-weekly gross pay when she submitted her IFP application was $640.  During the same period, Plaintiff Alago-Toro's gross annual pay was $31,399 and her bi-weekly pay was $895.48. (Id.)  According to Army records, both Plaintiffs Oquendo and Alago-Toro took significant amounts of leave without pay (LWOP) in December 2007, thus temporarily reducing their bi-weekly gross pay substantially.  Even given these short-term reductions in their gross pay, their gross incomes still exceeded the amounts they reported to the court in their IFP

applications.  Moreover, both of these Plaintiffs have reduced their leave without pay such that
Plaintiff Oquendo's biweekly gross pay is currently $803 and Plaintiff Alago-Toro's current
gross bi-weekly pay is $1257. (<u>Id</u>.)

 Furthermore, while all three Plaintiffs swore in their affidavits that they had zero dollars in
their bank accounts, Plaintiff Rucker's payroll information indicates that she directs an allotment
of $327 to a bank both during the pay period ending December 22, 2007 and thereafter.
Similarly, Plaintiff Oquendo directed an allotment of $112 to a bank during the same time
period.  (<u>Id.</u>, Encl. A-B.)

The above discrepancies raise further questions as to whether Plaintiffs fully understood or
accurately completed the remaining data in Plaintiffs' IFP applications. For example, while
Army records indicate that both Plaintiffs Oquendo and Alago-Toro are married, (Encl.B-C),
neither Plaintiff lists any additional income from their respective spouses. The Plaintiffs also
deny owning any assets such as a car or a house.  It is certainly possible that none of the
Plaintiffs own an automobile or a home, and that none of them have any additional income from
a family member.  It is also possible that they all have bank accounts, but that the account
balance for each account is zero dollars as they have alleged.  However, in light of the
aforementioned discrepancies in Plaintiffs' IFP applications, these assertions warrant additional
judicial scrutiny.

Federal law grants courts discretion to authorize a person to commence and prosecute a civil
action without payment of fees if the party submits an affidavit containing a statement of the
party's assets and demonstrates that the party is unable to pay the required fees. 28 U.S.C. §
1915(a)(1).  This statute is intended to benefit those too poor to pay or give security for costs of
litigation. <u>Neitzke v Williams</u>, 490 U.S. 319, 324 (1989).  An individual seeking IFP

certification, however, must submit an affidavit of indigency or poverty that

sufficiently demonstrates her inability to both provide herself with the necessities of life and pay

the costs of litigation. 28 U.S.C. § 1915(a); Adkins v E. I. Du Pont de Nemours & Co., 335 U.S.

331, 339-40 (1948); United States v. Valdes, 300 F. Supp. 2d 82, 83-84 (D.D.C. 2004), *rev'd on*

*other grounds*, United States v. Valdes, 437 F.3d 1276 (D.C. Cir. 2006).   Moreover, "[t]he

determination of a court whether to allow one to proceed *in forma pauperis* must be made

separately in every case." In re Green, 669 F.2d 779, 786 (D.C. Cir. 1981).

The federal IFP statute also directs that courts impose a specific sanction in cases where a

plaintiff falsely declares poverty: "Notwithstanding any filing fee, or any portion thereof, that

may have been paid, the court shall dismiss the case at any time if the court determines that . . .

The allegation of poverty is untrue...." 28 U.S.C. § 1915(e)(2) (a); Portis v. Geren, 2007 U.S.

Dist. LEXIS 62175 (D. Pa. 2007) (**"**Upon consideration of the Defendant's motion and

supporting materials, together with Plaintiff's response, the Court finds that Plaintiff's declaration

of poverty submitted in support of her motion to proceed IFP was untrue and this matter must be

dismissed in accordance with 28 U.S.C. § 1915(e)(2)(A)").

As this Court noted in Valdes "something more than a mere statement of poverty is necessary

before the court can confer IFP status. . . .Allowing the [individual] to proceed IFP would require

the court to turn a blind eye to the defendant's *actual* financial circumstances." Valdes, 300 F.

Supp. 2d at 84.  Given the incomplete information in Plaintiffs' IFP affidavits, this Court should

vacate its order granting Plaintiffs' IFP status.

## VI.  CONCLUSION

For the reasons stated above, Defendant requests that this Court require Plaintiffs to

verify their IFP status before being allowed to proceed forward.  If the Court determines that

Plaintiffs do not qualify for IFP status, Plaintiffs should be required to pay the filing fees, or their

case should be dismissed pursuant to 28 U.S.C. §1915, in addition to whatever other remedies

this Court deems appropriate. Defendant requests that his obligation to answer, move, or

otherwise respond be stayed until resolution of Plaintiffs' IFP status.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895
Attorneys for Defendants

Of Counsel:
R. Brian Bohlen
U.S. Army Litigation Division

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class Mail, postage

prepaid to the Plaintffs at the following addresses:

RACHEL OQUENDO
10140 Avenel Garden
Silver Spring, MD 20903

ANA ALGA-TORO
695 Americana Drive
Annapolis, MD 21403

LINDA RUCKER
18726 Walker Choice Road
#2
Gaithersburg, MD 20886

on this _____ day of March, 2008.


_____/s/_____
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

Defense Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RACHEL OQUENDO, *et al*,

        Plaintiffs,

v.

PETE GEREN, Secretary of the Army
      Defendant.

Civil No. 08-0032 RBW

## DECLARATION OF BEVERLY D. LANIER

1. My name is Beverly Lanier. I am a Supervisor within the Payroll Office at Walter Reed Army Medical Center (WRAMC), Maryland. In this position, my routine duties require me to retrieve and evaluate Federal civilian personnel and payroll records.

2. I have been asked to provide the pay grade and gross pay for Ms. Rachael Pizarro-Oquendo, Ana R. Alga-Toro, and Linda Rucker as of December 2007, and currently. I reviewed their basic pay and personnel records and report the found the following pay information:

    **Ms. Rucker:**
        Pay Grade/Step: ................YC-1 (12/07/07) / YC-1 currently.
        Annual Salary: .................$48,933 (12/07/07)/$51,129 currently.
        Bi-weekly Gross Salary:.........$1,876 (12/07/07)/$1,960 currently.

    **Ms. Algo-Toro:**
        Pay Grade/Step: ...................GS-5/02 /GS-5/02 currently.
        Annual Salary: ...................$31,399/$32,808 currently.
        Bi-weekly Gross Salary:... **$895.48/ $1,257.60 currently.
        **Gross less than normal Gross due to being charged Leave Without
Pay. Normal Gross $1204.00 for annual salary listed above.

    **Ms. Pizarro-Oquendo:**
        Pay Grade/Step: ................GS-5/4 /GS-5/4 currently.
        Annual Salary: .................$33,425/$34,924 currently.
        Bi-weekly Gross Salary:......**$640.00/$803.04 currently.**
        **Gross less than normal Gross due to being charged Leave Without
Pay. Normal Gross $1338.40 for annual salary listed above.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. (28 U.S.C. § 1746).

Executed on: March 13, 2008

                                  **BEVERLY D. LANIER**

Defense Exhibit 1
Enclosure A

```
                              IN LIEU OF
          DEPARTMENT OF DEFENSE CIVILIAN LEAVE AND EARNINGS STATEMENT

PAY PERIOD END DATE:  12/22/07
PAY DATE: 01/03/08
NAME: RUCKER LINDA
PAY PLAN/GRADE/STEP: YC  01 00
HOURLY/DAILY RATE:  23.45
BASIC OT RATE:  35.18
BASIC PAY + LOCALITY = ADJUSTED BASIC PAY:    41262.00 (+)   7671.00=   48933.00
SOCIAL SECURITY NUMBER: ███████
LOCALITY %: 18.59
```

```
FLSA CATEGORY: E
SCD LEAVE: 12/15/86
MAX LEAVE CARRY OVER:  240
LEAVE YEAR END: 01/05/08
FINANCIAL INSTITUTION - NET PAY: NAVY FEDERAL CREDIT UNION
FINANCIAL INSTITUTION - ALLOTMENT #1: FIRST CITIZENS BANK
FINANCIAL INSTITUTION - ALLOTMENT #2: JPMORGAN CHASE BANK, NA
```

```
FEDERAL TAX:
        MARITAL STATUS: S
        EXEMPTIONS:
        ADD'L:
STATE TAX: MD
        MARITAL STATUS: S
        EXEMPTIONS:
        ADD'L:
STATE TAX:
        MARITAL STATUS:
        EXEMPTIONS:
        ADD'L:
LOCAL TAX:
        MARITAL STATUS:
        EXEMPTIONS:
        ADD'L:
        TAXING AUTHORITY:
LOCAL TAX:
        MARITAL STATUS:
        EXEMPTIONS:
        ADD'L:
        TAXING AUTHORITY:
```

```
CUMULATIVE RETIREMENT: FERS:   3907.61
BIWEEKLY ANNUITY:
MILITARY DEPOSIT:       PAID:          OWED:
GROSS PAY:          CURRENT:   1876.00     YEAR TO DATE:    1876.00
TAXABLE WAGES:      CURRENT:   1741.70     YEAR TO DATE:    1741.70
NONTAXABLE WAGES:   CURRENT:    134.30     YEAR TO DATE:     134.30
TAX DEFERRED WAGES: CURRENT:               YEAR TO DATE:
DEDUCTIONS:         CURRENT:   1106.38     YEAR TO DATE:    1106.38
AEIC:               CURRENT:               YEAR TO DATE:
NET PAY:            CURRENT:    769.62     YEAR TO DATE:     769.62
OTHER:
```

```
CURRENT EARNINGS:
TYPE            HOURS/DAYS        AMOUNT
REGULAR PAY        80.00          1876.00
```

```
DEDUCTIONS:
TYPE          CODE        CURRENT      YEAR TO DATE
ALLOTMENT,SV  (2)          327.00          327.00
FEGLI         Y5             7.65            7.65
FEGLI OPTNL   BC            75.85           75.85
FEHB          105          134.30          134.30
MEDICARE                    25.25           25.25
OASDI                      107.99          107.99
RETIRE, FERS  K             15.01           15.01
TAX, FEDERAL               280.76          280.76
TAX, STATE    MD           132.57          132.57
```

```
LEAVE:
TYPE          PRIOR YR  ACCRUED  ACCRUED  USED     USED   DONATED/  CURRENT  USE-LOSE/
              BALANCE   PAY PD   YTD      PAY PD   YTD    RETURNED  BALANCE  TERM DATE
ANNUAL          8.00    200.00            6.50   166.00             34.00
SICK            4.00    100.00            4.00   100.00
TIME OFF AWD             24.00                    24.00
HOLIDAY                                           64.00
ADMIN                                              8.00
```

```
BENEFITS PAID BY GOVERNMENT FOR YOU:
TYPE              CURRENT      YEAR TO DATE
FEGLI                3.83            3.83
FEHB               321.89          321.89
MEDICARE            25.25           25.25
OASDI              107.99          107.99
RETIRE, FERS       210.11          210.11
TSP BASIC           18.76           18.76
```

```
REMARKS:
YOUR PAYROLL OFFICE ID NUMBER IS 97380800 - DEPARTMENT OF DEFENSE.
PRINTED BY CUSTOMER SERVICE REPRESENTATIVE
PRETAX FEHB EXCLUSION  $   134.30
```

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED.

```
                         IN LIEU OF
         DEPARTMENT OF DEFENSE CIVILIAN LEAVE AND EARNINGS STATEMENT

PAY PERIOD END DATE:  01/19/08
PAY DATE: 01/31/08
NAME: RUCKER LINDA
PAY PLAN/GRADE/STEP: YC  01 00
HOURLY/DAILY RATE:   24.50
BASIC OT RATE:   36.75
BASIC PAY + LOCALITY = ADJUSTED BASIC PAY:    42294.00 (+)   8835.00=  51129.00
SOCIAL SECURITY NUMBER:
LOCALITY %: 20.89
```

```
FLSA CATEGORY: E
SCD LEAVE: 12/15/86
MAX LEAVE CARRY OVER:  240
LEAVE YEAR END: 01/03/09
FINANCIAL INSTITUTION - NET PAY: NAVY FEDERAL CREDIT UNION
FINANCIAL INSTITUTION - ALLOTMENT #1: FIRST CITIZENS BANK
FINANCIAL INSTITUTION - ALLOTMENT #2: JPMORGAN CHASE BANK, NA
```

```
FEDERAL TAX:
        MARITAL STATUS: S
        EXEMPTIONS:
        ADD'L:
STATE TAX: MD
        MARITAL STATUS: S
        EXEMPTIONS:
        ADD'L:
STATE TAX:
        MARITAL STATUS:
        EXEMPTIONS:
        ADD'L:
LOCAL TAX:
        MARITAL STATUS:
        EXEMPTIONS:
        ADD'L:
        TAXING AUTHORITY:
LOCAL TAX:
        MARITAL STATUS:
        EXEMPTIONS:
        ADD'L:
        TAXING AUTHORITY:
```

```
CUMULATIVE RETIREMENT:FERS:   3938.30
BIWEEKLY ANNUITY:
MILITARY DEPOSIT:       PAID:           OWED:
GROSS PAY:           CURRENT:   1960.00    YEAR TO DATE:    5712.00
TAXABLE WAGES:       CURRENT:   1814.86    YEAR TO DATE:    5298.26
NONTAXABLE WAGES:    CURRENT:    145.14    YEAR TO DATE:     413.74
TAX DEFERRED WAGES:  CURRENT:
DEDUCTIONS:          CURRENT:   1152.25    YEAR TO DATE:    3365.01
AEIC:                CURRENT:              YEAR TO DATE:
NET PAY:             CURRENT:    807.75    YEAR TO DATE:    2346.99
OTHER:
```

```
CURRENT EARNINGS:
TYPE           HOURS/DAYS        AMOUNT
REGULAR PAY      80.00          1960.00
```

```
DEDUCTIONS:
TYPE           CODE        CURRENT      YEAR TO DATE
ALLOTMENT,SV   (2)         327.00         981.00
FEGLI          Y5            8.10          23.40
FEGLI OPTNL    BC           80.05         231.75
FEHB           105         145.14         413.74
MEDICARE                    26.31          76.82
OASDI                      112.52         328.49
RETIRE, FERS   K            15.68          45.70
TAX, FEDERAL               299.05         860.57
TAX, STATE     MD          138.40         403.54
```

```
LEAVE:
TYPE       PRIOR YR   ACCRUED   ACCRUED   USED     USED    DONATED/    CURRENT    USE-LOSE/
           BALANCE    PAY PD    YTD       PAY PD   YTD     RETURNED    BALANCE    TERM DATE
ANNUAL      25.00      8.00      8.00                                  33.00
SICK                   4.00      4.00                                   4.00
TIME OFF AWD 24.00                                 24.00
```

```
BENEFITS PAID BY GOVERNMENT FOR YOU:
TYPE               CURRENT       YEAR TO DATE
FEGLI                4.05           11.71
FEHB               329.30          973.08
MEDICARE            26.31           76.82
OASDI              112.52          328.49
RETIRE, FERS       219.52          639.74
TSP BASIC           19.60           57.12
```

```
REMARKS:
YOUR PAYROLL OFFICE ID NUMBER IS 97380800 - DEPARTMENT OF DEFENSE.
USE THE WORK NUMBER FOR EMPLOYMENT VERIFICATION: 1-800-367-2884 OR WWW.THEWORKNUMBER.COM.
PRINTED BY CUSTOMER SERVICE REPRESENTATIVE
YOUR PIN HAS BEEN ESTABLISHED/CHANGED FOR ACCESSING MYPAY.  IF YOU
DID NOT TAKE THIS ACTION, CONTACT 1-800-390-2348 OR (216) 522-5122.
BASIC PAY CHANGED.
PRETAX FEHB EXCLUSION $  145.14
FEHB DEDUCTION CHANGED.
```

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED.

Defense Exhibit 1
Enclosure B

IN LIEU OF
DEPARTMENT OF DEFENSE CIVILIAN LEAVE AND EARNINGS STATEMENT

```
PAY PERIOD END DATE:  12/22/07
PAY DATE: 01/03/08
NAME: PIZARROOQUENDO RACHEL
PAY PLAN/GRADE/STEP: GS  05 04
HOURLY/DAILY RATE:  16.02
BASIC OT RATE:  24.03
BASIC PAY + LOCALITY = ADJUSTED BASIC PAY:   28185.00 (+)  5240.00=  33425.00
SOCIAL SECURITY NUMBER:
LOCALITY %: 18.59
```

```
FLSA CATEGORY: N
SCD LEAVE: 02/23/04
MAX LEAVE CARRY OVER:  240
LEAVE YEAR END: 01/05/08
FINANCIAL INSTITUTION - NET PAY: SUNTRUST BANK
FINANCIAL INSTITUTION - ALLOTMENT #1: FIRST CITIZENS BANK
FINANCIAL INSTITUTION - ALLOTMENT #2:
```

```
FEDERAL TAX:
        MARITAL STATUS: M
        EXEMPTIONS:
        ADD'L:
STATE TAX: MD
        MARITAL STATUS: M
        EXEMPTIONS:
        ADD'L:
STATE TAX:
        MARITAL STATUS:
        EXEMPTIONS:
        ADD'L:
LOCAL TAX:
        MARITAL STATUS:
        EXEMPTIONS:
        ADD'L:
        TAXING AUTHORITY:
LOCAL TAX:
        MARITAL STATUS:
        EXEMPTIONS:
        ADD'L:
        TAXING AUTHORITY:
```

```
CUMULATIVE RETIREMENT:FERS:     804.53
BIWEEKLY ANNUITY:
MILITARY DEPOSIT:        PAID:        OWED:
GROSS PAY:          CURRENT:   640.80     YEAR TO DATE:     640.80
TAXABLE WAGES:      CURRENT:   506.50     YEAR TO DATE:     506.50
NONTAXABLE WAGES:   CURRENT:   134.30     YEAR TO DATE:     134.30
TAX DEFERRED WAGES: CURRENT:              YEAR TO DATE:
DEDUCTIONS:         CURRENT:   350.97     YEAR TO DATE:     350.97
AEIC:               CURRENT:              YEAR TO DATE:
NET PAY:            CURRENT:   289.83     YEAR TO DATE:     289.83
OTHER:
```

```
CURRENT EARNINGS:
TYPE          HOURS/DAYS        AMOUNT
REGULAR PAY       40.00          640.80
```

```
DEDUCTIONS:
TYPE          CODE  --    CURRENT      YEAR TO DATE
ALLOTMENT,SV  (1)       112.00          112.00
FEGLI         CO          5.40            5.40
FEHB          105       134.30          134.30
MEDICARE                  7.34            7.34
OASDI                                    31.40
RETIRE, FERS  K           5.13            5.13
TAX, FEDERAL             21.02           21.02
TAX, STATE    MD         34.38           34.38
```

```
LEAVE:
TYPE          PRIOR YR  ACCRUED  ACCRUED   USED   USED    DONATED/   CURRENT    USE-LOSE/
              BALANCE   PAY PD   YTD      PAY PD  YTD     RETURNED   BALANCE    TERM DATE
ANNUAL          -2.00    4.00    100.00           94.00              4.00
SICK           -82.00            70.00            98.00            -110.00
DONATED                          72.00            72.00
TIME OFF AWD                     16.00            16.00
HOLIDAY                                           56.00
ADMIN                                              8.00
LWOP                                      40.00   40.00
```

```
BENEFITS PAID BY GOVERNMENT FOR YOU:
TYPE                    CURRENT      YEAR TO DATE
FEGLI                     2.70            2.70
FEHB                    321.89          321.89
MEDICARE                  7.34            7.34
OASDI                    31.40           31.40
RETIRE, FERS            71.77           71.77
TSP BASIC                6.41            6.41
```

```
REMARKS:
YOUR PAYROLL OFFICE ID NUMBER IS 97380800 - DEPARTMENT OF DEFENSE.
PRINTED BY CUSTOMER SERVICE REPRESENTATIVE
PRETAX FEHB EXCLUSION $   134.30
```

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED.

```
                              IN LIEU OF
              DEPARTMENT OF DEFENSE CIVILIAN LEAVE AND EARNINGS STATEMENT

PAY PERIOD END DATE:  01/19/08
PAY DATE: 01/31/08
NAME: PIZARROOQUENDO RACHEL
PAY PLAN/GRADE/STEP: GS  05 04
HOURLY/DAILY RATE:   16.73
BASIC OT RATE:    25.10
BASIC PAY + LOCALITY = ADJUSTED BASIC PAY:    28889.00 (+)   6035.00=   34924.00
SOCIAL SECURITY NUMBER: ████████
LOCALITY %: 20.89
```

```
FLSA CATEGORY: N
SCD LEAVE: 02/23/04
MAX LEAVE CARRY OVER:  240
LEAVE YEAR END: 01/03/09
FINANCIAL INSTITUTION - NET PAY: SUNTRUST BANK
FINANCIAL INSTITUTION - ALLOTMENT #1: FIRST CITIZENS BANK
FINANCIAL INSTITUTION - ALLOTMENT #2:
```

```
FEDERAL TAX:
        MARITAL STATUS: M
        EXEMPTIONS:
        ADD'L:
STATE TAX: MD
        MARITAL STATUS: M
        EXEMPTIONS:
        ADD'L:
STATE TAX:
        MARITAL STATUS:
        EXEMPTIONS:
        ADD'L:
LOCAL TAX:
        MARITAL STATUS:
        EXEMPTIONS:
        ADD'L:
        TAXING AUTHORITY:
LOCAL TAX:
        MARITAL STATUS:
        EXEMPTIONS:
        ADD'L:
        TAXING AUTHORITY:
```

```
CUMULATIVE RETIREMENT:FERS:    815.31
BIWEEKLY ANNUITY:
MILITARY DEPOSIT:      PAID:         OWED:
GROSS PAY:         CURRENT:   803.04    YEAR TO DATE:   1988.52
TAXABLE WAGES:     CURRENT:   657.90    YEAR TO DATE:   1574.78
NONTAXABLE WAGES:  CURRENT:   145.14    YEAR TO DATE:    413.74
TAX DEFERRED WAGES: CURRENT:            YEAR TO DATE:
DEDUCTIONS:        CURRENT:   402.01    YEAR TO DATE:   1079.58
AEIC:              CURRENT:            YEAR TO DATE:
NET PAY:           CURRENT:   401.03    YEAR TO DATE:    908.94
OTHER:
```

```
CURRENT EARNINGS:
TYPE           HOURS/DAYS        AMOUNT
REGULAR PAY    |  48.00          803.04

DEDUCTIONS:
TYPE          CODE         CURRENT      YEAR TO DATE
ALLOTMENT,SV  (1)          112.00         336.00
FEGLI         CO             5.55          16.35
FEHB          105          145.14         413.74
MEDICARE                     9.54          22.83
OASDI                                      97.64
RETIRE, FERS  K              6.42          15.91
TAX, FEDERAL                36.16          68.59
TAX, STATE    MD            46.41         108.52

LEAVE:
TYPE          PRIOR YR   ACCRUED   ACCRUED    USED    USED    DONATED/   CURRENT    USE-LOSE/
              BALANCE    PAY PD    YTD        PAY PD  YTD     RETURNED   BALANCE    TERM DATE
ANNUAL                     6.00     6.00                                   6.00
SICK          -106.00      4.00     4.00                                -102.00
TIME OFF AWD    16.00                                 16.00
LWOP                                         32.00   118.00

BENEFITS PAID BY GOVERNMENT FOR YOU:
TYPE                       CURRENT      YEAR TO DATE
FEGLI                         2.78          8.18
FEHB                        329.30        973.08
MEDICARE                      9.54         22.83
OASDI                        40.79         97.64
RETIRE, FERS                 89.94        222.71
TSP BASIC                     8.03         19.89

REMARKS:
YOUR PAYROLL OFFICE ID NUMBER IS 97380800 - DEPARTMENT OF DEFENSE.
USE THE WORK NUMBER FOR EMPLOYMENT VERIFICATION: 1-800-367-2884 OR WWW.THEWORKNUMBER.COM.
PRINTED BY CUSTOMER SERVICE REPRESENTATIVE
BASIC PAY CHANGED.
PRETAX FEHB EXCLUSION $  145.14
FEHB DEDUCTION CHANGED.


THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED.
```

Defense Exhibit 1
Enclosure C

```
                           IN LIEU OF
        DEPARTMENT OF DEFENSE CIVILIAN LEAVE AND EARNINGS STATEMENT

PAY PERIOD END DATE:  12/22/07
PAY DATE: 01/03/08
NAME: ALAGOTORO ANA R
PAY PLAN/GRADE/STEP: GS  05 02
HOURLY/DAILY RATE:  15.05
BASIC OT RATE:  22.58
BASIC PAY + LOCALITY = ADJUSTED BASIC PAY:    26477.00 (+)   4922.00=   31399.00
SOCIAL SECURITY NUMBER ███████████
LOCALITY %: 18.59
```

```
FLSA CATEGORY: N
SCD LEAVE: 11/15/96
MAX LEAVE CARRY OVER:  240
LEAVE YEAR END: 01/05/08
FINANCIAL INSTITUTION - NET PAY: USAA FEDERAL SAVINGS BANK
FINANCIAL INSTITUTION - ALLOTMENT #1:
FINANCIAL INSTITUTION - ALLOTMENT #2:
```

```
FEDERAL TAX:
          MARITAL STATUS: M
          EXEMPTIONS: 4
          ADD'L:
STATE TAX: MD
          MARITAL STATUS: M
          EXEMPTIONS:    4
          ADD'L:
STATE TAX:
          MARITAL STATUS:
          EXEMPTIONS:
          ADD'L:
LOCAL TAX:
          MARITAL STATUS:
          EXEMPTIONS:
          ADD'L:
          TAXING AUTHORITY:
LOCAL TAX:
          MARITAL STATUS:
          EXEMPTIONS:
          ADD'L:
          TAXING AUTHORITY:
```

```
CUMULATIVE RETIREMENT:PERS:      395.89
BIWEEKLY ANNUITY:
MILITARY DEPOSIT:        PAID:            OWED:
GROSS PAY:          CURRENT:      895.48      YEAR TO DATE:      895.48
TAXABLE WAGES:      CURRENT:      895.48      YEAR TO DATE:      895.48
NONTAXABLE WAGES:   CURRENT:                  YEAR TO DATE:
TAX DEFERRED WAGES: CURRENT:                  YEAR TO DATE:
DEDUCTIONS:         CURRENT:      125.40      YEAR TO DATE:      125.40
AEIC:               CURRENT:                  YEAR TO DATE:
NET PAY:            CURRENT:      770.08      YEAR TO DATE:      770.08
OTHER:
```

```
CURRENT EARNINGS:
TYPE            HOURS/DAYS          AMOUNT
REGULAR PAY       59.50             895.48
```

```
DEDUCTIONS:
TYPE            CODE        CURRENT     YEAR TO DATE
FEGLI           CO             5.10            5.10
MEDICARE                      12.98           12.98
OASDI                         55.52           55.52
RETIRE, FERS    K              7.16            7.16
TAX, FEDERAL                   8.07            8.07
TAX, STATE      MD            36.57           36.57
```

```
LEAVE:
TYPE        PRIOR YR   ACCRUED   ACCRUED   USED      USED     DONATED/   CURRENT    USE-LOSE/
            BALANCE    PAY PD    YTD       PAY PD    YTD      RETURNED   BALANCE    TERM DATE
ANNUAL                   4.00    142.00      9.50   142.00
SICK                            92.00      3.00    92.00
TIME OFF AWD                    16.00              16.00
MILITARY     120.00            120.00                                    240.00     120.00
HOLIDAY                                            64.00
ADMIN                                             12.00
LWOP                                      20.50    20.50
```

```
BENEFITS PAID BY GOVERNMENT FOR YOU:
TYPE             CURRENT     YEAR TO DATE
FEGLI              2.55           2.55
MEDICARE          12.98          12.98
OASDI             55.52          55.52
RETIRE, FERS     100.29         100.29
TSP BASIC          8.95           8.95
```

```
REMARKS:
YOUR PAYROLL OFFICE ID NUMBER IS 97380800 - DEPARTMENT OF DEFENSE.
PRINTED BY CUSTOMER SERVICE REPRESENTATIVE
YOU WILL NOT RECEIVE A LEAVE AND EARNINGS STATEMENT IN THE MAIL AS DIRECTED BY YOUR AGENCY
```

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED.

```
                              IN LIEU OF
           DEPARTMENT OF DEFENSE CIVILIAN LEAVE AND EARNINGS STATEMENT

PAY PERIOD END DATE:  01/19/08
PAY DATE: 01/31/08
NAME: ALAGOTORO ANA R
PAY PLAN/GRADE/STEP: GS  05 02
HOURLY/DAILY RATE:   15.72
BASIC OT RATE:   23.58
BASIC PAY + LOCALITY = ADJUSTED BASIC PAY:    27139.00 (+)   5669.00=   32808.00
SOCIAL SECURITY NUMBER: ██████████████
LOCALITY %: 20.89
```
```
PLSA CATEGORY: N
SCD LEAVE: 11/15/96
MAX LEAVE CARRY OVER:  240
LEAVE YEAR END: 01/03/09
FINANCIAL INSTITUTION - NET PAY: USAA FEDERAL SAVINGS BANK
FINANCIAL INSTITUTION - ALLOTMENT #1:
FINANCIAL INSTITUTION - ALLOTMENT #2:
```
```
FEDERAL TAX:
          MARITAL STATUS: M
          EXEMPTIONS:  4
          ADD'L:
STATE TAX: MD
          MARITAL STATUS: M
          EXEMPTIONS:   4
          ADD'L:
STATE TAX:
          MARITAL STATUS:
          EXEMPTIONS:
          ADD'L:
LOCAL TAX:
          MARITAL STATUS:
          EXEMPTIONS:
          ADD'L:
          TAXING AUTHORITY:
LOCAL TAX:
          MARITAL STATUS:
          EXEMPTIONS:
          ADD'L:
          TAXING AUTHORITY:
```
```
CUMULATIVE RETIREMENT:FERS:    414.02
BIWEEKLY ANNUITY:
MILITARY DEPOSIT:        PAID:           OWED:
GROSS PAY:         CURRENT:   1257.60    YEAR TO DATE:    3161.43
TAXABLE WAGES:     CURRENT:   1114.27    YEAR TO DATE:    3018.10
NONTAXABLE WAGES:  CURRENT:    143.33    YEAR TO DATE:     143.33
TAX DEFERRED WAGES: CURRENT:             YEAR TO DATE:
DEDUCTIONS:        CURRENT:    318.26    YEAR TO DATE:     598.75
AEIC:              CURRENT:             YEAR TO DATE:
NET PAY:           CURRENT:    939.34    YEAR TO DATE:    2562.68
OTHER:
```

```
CURRENT EARNINGS:
TYPE           HOURS/DAYS        AMOUNT
REGULAR PAY      80.00           1257.60
```

```
DEDUCTIONS:
TYPE          CODE        CURRENT       YEAR TO DATE
FEGLI         C0            5.25            15.45
FEHB          JN1          88.39            88.39
MEDICARE                   16.15            43.76
OASDI                      69.08           187.12
RETIRE, FERS  K            10.06            25.29
TAX, FEDERAL               29.95            57.37
TAX, STATE    MD           44.44           126.43
DENTAL                     51.35            51.35
VISION                      3.59             3.59
```

```
LEAVE:
TYPE          PRIOR YR   ACCRUED   ACCRUED   USED     USED    DONATED/   CURRENT   USE-LOSE/
              BALANCE    PAY PD    YTD       PAY PD   YTD     RETURNED   BALANCE   TERM DATE
ANNUAL                     6.00      6.00                                  6.00
SICK             4.00      4.00      4.00     8.00     8.00
TIME OFF AWD    16.00                                 16.00
MILITARY       120.00              120.00                                240.00    120.00
LWOP                                                  33.50
```

```
BENEFITS PAID BY GOVERNMENT FOR YOU:
TYPE                       CURRENT       YEAR TO DATE
FEGLI                        2.63             7.73
FEHB                       145.04           145.04
MEDICARE                    16.15            43.76
OASDI                       69.08           187.12
RETIRE, FERS               140.85           354.08
TSP BASIC                   12.58            31.62
```

```
REMARKS:
YOUR PAYROLL OFFICE ID NUMBER IS 97380800 - DEPARTMENT OF DEFENSE.
USE THE WORK NUMBER FOR EMPLOYMENT VERIFICATION: 1-800-367-2884 OR WWW.THEWORKNUMBER.COM.
PRINTED BY CUSTOMER SERVICE REPRESENTATIVE
BASIC PAY CHANGED.
PRETAX FEHB EXCLUSION $  88.39
FEHB OPEN SEASON ENROLLMENT PROCESSED.
DEDUCTION ADDED/CHANGED FOR VISION AND/OR DENTAL CARE.
```

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED.