UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RACHEL OQUENDO *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 08-0032 (RBW) |
| | ) |
| PETER GREEN *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER

This matter is before the Court on Defendant's Motion to Vacate the Order Granting Plaintiffs' *In Forma Pauperis* Status and to Stay Defendant's Duty to Answer. Because the granting of this motion could dispose of the case, plaintiffs, proceeding *pro se*, are advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. Moreover, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is hereby

ORDERED that plaintiffs shall respond to defendant's motion by **April 18, 2008**. If

plaintiffs do not respond by that date, the Court will treat the motion as conceded, grant the relief sought, and dismiss the complaint pursuant to 28 U.S.C. § 1915(e)(2)[1]; and it is

FURTHER ORDERED that defendant's motion to stay his obligation to answer or otherwise respond to the complaint [Dkt. No. 10] is GRANTED. The proceedings are STAYED pending resolution of the pending motion.

_____s/_____
Reggie B. Walton
United States District Judge

Date: March 18, 2008

---

[1] "[T]he court shall dismiss the case at any time if the court determines that . . . the allegation of poverty is untrue." 28 U.S.C. § 1915(e)(2)(A).