UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA RUCKER

RACHEL OQUENDO                                    3/21/2008

&

ANA ALGA-TORO                                     08-0032-RBW

    Plantiffs                              **RECEIVED**

Vs                                         MAR 2 4 2008

MR. PETER GREEN                            NANCY MAYER WHITTINGTON, CLERK
SECRETARY OF THE ARMY                           U.S. DISTRICT COURT

    Defendant

---

**RESPONSE TO US ATTORNEY MOTION TO VACATE ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS & MOTION TO ALLOW PLANTIFFS TO PROCEED FORMA PAUPERIS**

We three Employees of Walter Reed Army Medical Center, Medical Record Administration Division, appealing to the court for due consideration to proceed Forma Pauperis. The facts speak for them selves when I Linda Rucker as the spokes person for the group did the declaration of salary. I did not count annual salary, annual salary will always remain standard. However I could not count money we don't have, which came down to our take home salary. I really don't see how the US Attorney can turn the pennies we make in to a finance matter. Ms. Alga-Toro is divorced, Ms Oquendo is married however I am not privy to that information & I am divorced with a freshman in college. ]

## MOTION TO ALLOW PLANTIFFS TO PROCEED FORMA PAUPERIS CONT'

The US Attorney himself has documented the leave without pay that's been taken by the Plantiffs. Further Ms. Alaga-Toro & Ms Oquendo invoked their Family Medical Leave Act. I myself have two open Workmen's Compensation claims. The leave status clearly documents serious medical conditions that are directly related to the hostile and stressful work environment we have to work in on a day to day basis. Let's not forget the amount of medications we take on a daily basis to maintain, another expense. My Psychiatrist (Linda Rucker) has called the environment we work in toxic, it continues aggravate my stress level which he continues to increase my medication dosage. My Co-Plaintiffs are having the same identical problem.

Sir, we must not loose track of the real issues here Medical Record Administration has a documented history disparate and illegal treatment of Employees. In all actuality the real scrutiny should be about Management's conduct & Walter Reed EEO Office business practices.

### A REVIEW OF THE FACTS

1. Reprisal for participating in a sexual harassment complaint. Ms Alga-Toro the victim a male employee kissed her toes. The three of us participated in the investigation and I Linda Rucker as the Supervisor had to sign the letter of termination.

2. Job Harassment / creating a hostile and stressful work environment. SFC Davis (Former NCOIC for Medical Record Administration Division) Provoked office disturbances and tried to initiated a physical confrontation to the point that Ms. Julie Sherman (Chief MRAD had to hold her back)

## MOTION TO ALLOW PLANTIFFS TO PROCEED FORMA PAUPERIS CONT'

3. Defaming subordinates character, making false statement about duty hours and And calling subordinates a "LIAR"

4. Religious Discrimination when Ms. Julie Sherman (Chief of Medical Records Administration Division) did in fact come over to Clinical Records Management Section and sprayed something from a clear bottle stating the words "**I'm going to drag the devil out of hear**". I still find it inconceivable and there is not a day that we don't think about this religious act.

5. Walter Reed EEO office denying us due process by using an employee of the EEO to do the investigation creating a conflict of interest and bias

6. Conspiring to commit discrimination , continued reprisal Creating a hostile & stressful work environment complaint filed 12/28/2007 though we have an active complaint they continue to conspire to retaliate.

Therefore we three Employees plead with the court to deny the US Attorneys motion to deny Forma Pauperis.

*[signature]*
LINDA RUCKER

*[signature: Linda Rucker for Rachel Oquendo]*
RACHEL OQUENDO

*[signature]*
ANA ALGA-TORO

# Request for Leave or Approved Absence

**1. Name** (Last, first, middle)
Pizarro-Oviedo, Rachel

**2. Employee or Social Security Number**
384

**3. Organization**
WRAMC

## 4. Type of Leave/Absence

| Check appropriate box(es) and enter date and time below) | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Accrued annual leave | | | | | |
| ☐ Restored annual leave | | | | | |
| ☐ Advance annual leave | | | | | |
| ☐ Accrued sick leave | | | | | |
| ☐ Advance sick leave | | | | | |

**Purpose:**
- ☐ Illness/injury/incapacitation of requesting employee
- ☐ Medical/dental/optical examination of requesting employee
- ☐ Care of family member, including medical/dental/optical examination of family member, or bereavement
- ☐ Care of family member with a serious health condition
- ☐ Other

| | | | | | |
|---|---|---|---|---|---|
| ☐ Compensatory time off | | | | | |
| ☐ Other paid absence (specify in remarks) | | | | | |
| ☐ Leave without pay | 01-31-08 | 02-01-08 | 630 | 330 | 16-0 |

## 5. Family and Medical Leave

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

☑ I hereby invoke my entitlement to family and medical leave for:
- ☐ Birth/Adoption/Foster care
- ☐ Serious health condition of spouse, son, daughter, or parent
- ☑ Serious health condition of self

Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.

**6. Remarks**
Extremely emotionally and physically ill to come to work.

**7. Certification:** I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

**7a. Employee signature**
Rachel R. Oviedo

**7b. Date signed**
02-04-08

**8a. Official action on request**   ☐ Approved   ☐ Disapproved   (If disapproved, give reason. If annual leave, initiate action to reschedule.)

**8b. Reason for disapproval**

**8c. Signature**
Linda Rucker

**8d. Date signed**
2/4/08

**Privacy Act Statement**
Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

Office of Personnel Management
5 CFR 630
Local Reproduction Authorized
OPM Form 71
June 2001
Formerly Standard Form (SF) 71

# Request for Leave or Approved Absence

**1. Name (Last, first, middle)**
Pizarro-Ogando, Rachel

**2. Employee or Social Security Number**
3811

**3. Organization**
WRAMC

**4. Type of Leave/Absence**

| Check appropriate box(es) and enter date and time below | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Accrued annual leave | | | | | |
| ☐ Restored annual leave | | | | | |
| ☐ Advanced annual leave | | | | | |
| ☐ Accrued sick leave | | | | | |
| ☐ Advanced sick leave | | | | | |

Purpose:
☒ Illness/injury/incapacitation of requesting employee
☒ Medical/dental/optical examination of requesting employee
☐ Care of family member, including medical/dental/optical examination of family member or bereavement
☐ Care of family member with a serious health condition
☐ Other

| ☐ Compensatory time off | | | | | |
| ☐ Other paid absence (specify in remarks) | | | | | |
| ☐ Leave without pay | | | | | |

**5. Family and Medical Leave**

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

☒ I hereby invoke my entitlement to family and medical leave for:
  ☐ Birth/Adoption/Foster Care
  ☐ Serious health condition of spouse, son, daughter, or parent
  ☒ Serious health condition of self

Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.

**6. Remarks**
Under Doctor's care for emotional + physical reasons.

**7. Certification:** I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

**7a. Employee signature**
Rachel Pizarro-Ogando

**7b. Date signed**
8-24-07

**8a. Official action on request**
☐ Approved   ☐ Disapproved
(If disapproved, give reason. If annual leave, initiate action to reschedule.)

**8b. Reason for disapproval**

**8c. Signature**

**8d. Date signed**

**Privacy Act Statement**
Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

Office of Personnel Management
CFR 630

Local Reproduction Authorized

OPM Form 71
June 2001
Formerly Standard Form (SF) 71
USAPA V3.00FS

# Request for Leave or Approved Absence

**1. Name** *(Last, first, middle)*
Alago-Toro, Ana R.

**2. Employee or Social Security Number**
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

**3. Organization**
PAD

**4. Type of Leave/Absence**

Check appropriate box(es) and enter date and time below:

| Type | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Accrued annual leave | | | | | |
| ☐ Restored annual leave | | | | | |
| ☐ Advance annual leave | | | | | |
| ☐ Accrued sick leave | | | | | |
| ☐ Advance sick leave | | | | | |

**Purpose:**
- ☐ Illness/injury/incapacitation of requesting employee
- ☐ Medical/dental/optical examination of requesting employee
- ☐ Care of family member, including medical/dental/optical examination of family member, or bereavement
- ☐ Care of family member with a serious health condition
- ☐ Other

| Type | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☐ Compensatory time off | | | | | |
| ☐ Other paid absence (specify in remarks) | | | | | |
| ☐ Leave without pay | | | | | |

**5. Family and Medical Leave**

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

☑ I hereby invoke my entitlement to family and medical leave for:
- ☐ Birth/Adoption/Foster care
- ☐ Serious health condition of spouse, son, daughter, or parent
- ☑ Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.*

**6. Remarks**

Migranes, IBS and Hives

**7. Certification:** I certify that the leave/absence requested above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

**7a. Employee signature**
*Ana R. Alago-Toro*

**7b. Date signed**
09/10/2007

**8a. Official action on request**
☐ Approved   ☐ Disapproved
*(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

**8b. Reason for disapproval**

**8c. Signature**
*Linda Rucker*

**8d. Date signed**
9/10/2007

**Privacy Act Statement**
Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

Office of Personnel Management
5 CFR 630

Local Reproduction Authorized

OPM Form 71
June 2001
Formerly Standard Form (SF) 71

MCHL-PAD-MR                                28 December 2007

MEMORANDUM FOR: Walter Reed Army Medical Center EEO Office

SUBJECT: Conspiracy To Commit Discrimination, Continued Reprisal, Creating A Hostile & Stressful Work Environment And Job Harassment

   Ms. Julie Sherman (GS-13 Chief Medical Record Administration Division) is using Ms. Joanne Hinnant ( GS-11, Manager Medical Audit and CRM.) who is my immediate Supervisor, and second line Manager to Ms Rachel Oquendo, Ms Ana Alga-Toro is using the second line Supervisor to retaliate, create a hostile stressful work and harass me and the Employees assigned to my work area because we have filed a complaint of discrimination for participating in sexual harassment complaint. Ms Hinnant is new to Walter Reed it's cut & dry the head of this Division Ms. Sherman continue to initiate disparate treatment against Employees that's CONSPIRACY.

   The week of 17 December 2007 – 20 December 2007 was a stressful and hostile week for me. I had a position available in my area. It had been sometime since a selection was made and I was concerned about where the process was, especially since I really was not made a part of the selection process. I asked Ms. Hinnant about the personnel issue one time she told me that there was not enough money and on another occassion she said because the person has veteran's preference I could not select anyone else. At some point I walked over to CPO to check on the position, strangely enough the information she provided me was actually shocking the person had not passed the security clearance. I then informed CPO that I wanted to select with the next person. The next day I was called in by Ms Hinnant & Mr. Dean Mckenzie telling I could not check on personnel issues without their permission. Please note that Mr. Dean is not in my chain of command and why am I denied the right to perform my administrative functions as other Supervisors. Once again while in the meeting I was informed the first person had been cleared and that he had to be selected. While at CPO the personnel specialist said she would sent an e-mail to the employment specialist at Rock Island, Il. At this point I responded to Mr. Dean, Management Chain & CPOC. My question was would this be a violation for me to go with a contract employee in the office who has veterans preference is well trained on the job has a security clearance and dedicated to accomplish the mission would this be a violation to choose this person. I was stunned at her response especially after the Management chain and Mr. Dean had told me there was no way anyone else could get this position. CPOC said there is no violation, both their names were on the internal referral list she had received her DD214 and informed the personnel specialist here at Walter Reed to make the job offer. What is my issue? Why was I put through all that and the person is here in the office I can't believe Management and Mr. Dean made up all this false information.

   Ms. Hinnant is pressuring me about the two other employees participating in this Complaint of Discrimination. Both employees invoked their FMLA. Ms Oquendo has provided some medical documentation and has asked her doctor for more documentation.

Meanwhile Ms. Hinnant continue to want to move forth with disciplinary action, Once again I reminded Ms. Hinnant we needed to check with CPO for guidance on this issue, EEO who she has consulted with can not decide on what regulations pertaining to these two employees on their continued employment here at WRAMC. When I returned today Ms. Oquendo informed me that she had been called in by Ms Hinnant & Major Oates. I have the upmost respect for Major Oates who is trying to support his Managers, little does he know their motive and intentions are not in good faith. This is the same identical way I was done with the selection process for the position mentioned above.

On the same token Supervisor's from other sections are allowed to select who they choose for their positions and they generally interview and I am invited to sit on the interview panel. One other important issue there are other sections where employees are violating there leave and it's not an issue but my section continues to singled out put under the microscope, even though the mission is being accomplished with less employees than we had in the past. Employees who are willing to work with me to accomplish the job. Further more there are sections doing compensatory time and there is no measurement on what work is actually being accomplished, my section was stopped from doing comp time. I would like to ask that Medical Record Administration Division, Manager's who conspire against Employees commit illegal employment practices and discrimination be sanctioned these acts have been going for years and passed on and on, when will it end. There is the possibility that whatever Ms. Sherman ( Chief Of MRAD ) sprayed in the air that day in Clinical Records Management section saying the words "I'm was going to drag the devil out of here " we really don't know what effect that had on us mentally or physically.

Thanks

*[signature: Linda Rucker]*
Ms. Linda Rucker

*[signature: Linda Rucker for Ms. Rachel Oquendo]*
Ms. Rachel Oquendo

*[signature: Linda Rucker for Ms. Ana Alga-Toro]*
Ms Ana Alga-Toro

THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

3/21/2008

CERTIFICATE OF SERVICE:

WE DO HEARBY CERTIFY THAT A COPY OF THIS COMPLAINT WAS MAILED TO:

UNITES STATES DISTRICT ATTORNEYS OFFICE
CIVIL DIVISION
555 4TH STREET N.W.
WASHINGTON, D. C. 20530