IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RACHEL OQUENDO, *et al*,

      Plaintiffs,                                                Civil No. 08-0032 RBW

v.

PETE GEREN, Secretary of the Army

      Defendant,

**RECEIVED**

MAR 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## DECLARATION OF ANA R. ALAGO-TORO

1. My name is Ana R. Alago-Toro and this declaration, consisting of two pages, is in regards to the case that Ms. Rucker has implemented against Walter Reed Army Medical Center. When Ms. Rucker came to me about implementing this case she told me that I was basically going to be a witness and all I had to do was to tell my side of the story. I at no point in time understood that this was a lawsuit against Walter Reed Army Medical Center. Since this situation started I have come to realize the ramification of this case and do not want any part in it. I have also come to realize, in a response letter she wrote to the courts, that Ms. Rucker claims she is the spokesperson for Ms. Oquendo and myself and I have not given her that authority. Furthermore she has submitted documents to the court without my knowledge and given false information about my income and assets. I have never given her this information nor did she even ask for any. I want to put on record that I want nothing to do with this case and want my name removed from it.

2. I obtained the document at attachment #1 from Ms. Rucker this morning. When I came into work this morning Ms. Rucker asked me if I had received any documents from the court and I told her I had. She said not to worry, that she and Ms. Oquendo had prepared a response and she was still working on it. Later she showed me only the last page of the response and I signed it. However, since I had received the court documents and was suspicious that things were going on that I did not know about, I asked her for a copy after I signed the last page.

3. I have looked at attachment #2 to this declaration and recognize it as a document Ms. Linda Rucker presented to me and which I signed. All Ms. Rucker presented to me was the page I signed. She said that it was to accompany the case.

4. I have looked at attachment #3 to this declaration. I had never seen this document before today. I never signed it and I don't know who did.

1

5. I have also looked at attachment #4 to this declaration. My signature does appear on the last page, however again, this is a situation where Ms. Rucker only presented me with the signature page and asked for my signature. I did not see the first two pages before today.

6. I realize that I should not sign documents I haven't read but felt pressured by Ms. Rucker, my first line supervisor, to do so.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. (28 U.S.C. § 1746)


Executed on: March 21, 2008

*[signature]*
ANA R. ALAGO-TORO
*[signature]*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA RUCKER

RACHEL OQUENDO                                       3/21/2008

&

ANA ALGA-TORO                                        08-0032-RBW

Plantiffs

Vs

MR. PETER GREEN
SECRETARY OF THE ARMY

Defendant

---

### RESPONSE TO US ATTORNEY MOTION TO VACATE ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS & MOTION TO ALLOW PLANTIFFS TO PROCEED FORMA PAUPERIS

---

We three Employees of Walter Reed Army Medical Center, Medical Record Administration Division, appealing to the court for due consideration to proceed Forma Pauperis. The facts speak for them selves when I Linda Rucker as the spokes person for the group did the declaration of salary. I did not count annual salary, annual salary will always remain standard. However I could not count money we don't have, which came down to our take home salary. I really don't see how the US Attorney can turn the pennies we make in to a finance matter. Ms. Alga-Toro is divorced, Ms Oquendo is married however I am not privy to that information & I am divorced with a freshman in college. ]

Attach 1

## MOTION TO ALLOW PLANTIFFS TO PROCEED FORMA PAUPERIS CONT'

The US Attorney himself has documented the leave without pay that's been taken by the Plantiffs. Further Ms. Alaga-Toro & Ms Oquendo invoked their Family Medical Leave Act. I myself have two open Workmen's Compensation claims. The leave status clearly documents serious medical conditions that are directly related to the hostile and stressful work environment we have to work in on a day to day basis. Let's not forget the amount of medications we take on a daily basis to maintain, another expense. My Psychiatrist (Linda Rucker) has called the environment we work in toxic, it continues aggravate my stress level which he continues to increase my medication dosage. My Co-Plaintiffs are having the same identical problem.

Sir, we must not loose track of the real issues here Medical Record Administration has a documented history disparate and illegal treatment of Employees. In all actuality the real scrutiny should be about Management's conduct & Walter Reed EEO Office business practices.

### A REVIEW OF THE FACTS

1. Reprisal for participating in a sexual harassment complaint. Ms Alga-Toro the victim a male employee kissed her toes. The three of us participated in the investigation and I Linda Rucker as the Supervisor had to sign the letter of termination.

2. Job Harassment / creating a hostile and stressful work environment. SFC Davis (Former NCOIC for Medical Record Administration Division) Provoked office disturbances and tried to initiated a physical confrontation to the point that Ms. Julie Sherman (Chief MRAD had to hold her back)

03/21/08 13:28 FAX 7036968250      USALSA LTMO                                    ☐002
Case 1:08-cv-00032-RBW   Document 14-3   Filed 03/27/2008   Page 1 of 2
Case 1:08-cv-00032-RBW   Document 8   Filed 02/04/2008   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

Ms. Rachel Pizarro-Oquendo                31 January 2008

Ms. Ana Alga-Toro                         Case# 08-0032-RBW
&
Ms. Linda Rucker

Plantiffs

Mr. Peter Green Secretary
Of The Army

Defendant

**RECEIVED**
**FEB - 4 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

MOTION TO ENTER THE ABOVE PLANTIFF'S

ADDRESSES IN THE CASE FILE ABOVE

Ms. Rachel Pizarro-Oquendo
10140 Avenel Garden
Silver Spring, MD. 20903

*Linda Rucker 1/31/08*
*For Ms. Rachel Oquendo*

Ms. Ana Alga-Toro
695 Americana Drive
Annapolis, MD. 21403

*Ana R. Alaga-Toro 1/31/08*

Ms. Linda Rucker
18726 Walker Choice Rd # 2
Gaithersburg, MD 20886

*Linda Rucker 1/31/08*

Attach 2

03/21/08 13:29 FAX 7036968250  USALSA LTMO  ☒003
Case 1:08-cv-00032-RBW   Document 14-3   Filed 03/27/2008   Page 2 of 2
Case 1:08-cv-00032-RBW   Document 8   Filed 02/04/2008   Page 2 of 2

CERTIFICATE OF SERVICE

1/31/08

WE DO HEREBY CERTIFY THAT A COPY OF THE ABOVE MOTION WAS MAILED :

UNITED STATED DISTRICT ATTORNEY'S OFFICE
CIVIL DIVISION
555 4TH STREET
WASHINGTON, D.C. 20530

03/21/08 13:29 FAX 7036968250 USALSA LTMO ☒004
Case 1:08-cv-00032-RBW Document 14-4 Filed 03/27/2008 Page 1 of 2
Case 1:08-cv-00032-RBW Document 3 Filed 01/07/2008 Page 1 of 2

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of __COLUMBIA__

_Ms Ana Alga-Toro_
Plaintiff

v.

_Mr. Peter Geren Secretary of the Army_
Defendant

**FILED**
JAN - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08 0032

I, _Ms. Ana Alga-Toro_ declare that I am the (check appropriate box)
☐ petitioner/plaintiff/movant/respondent ☐ other ___

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☒ No (If "No," go to Part 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution? _Yes_ Do you receive any payment from the institution? _Paycheck_
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☒ Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)
      $ 700.00 B+ weekly
   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☐ Yes ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

**RECEIVED**
DEC -6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

Attml 2

03/21/08  13:29 FAX 7036968250        USALSA LTMO                              ☒005
Case 1:08-cv-00032-RBW   Document 14-4   Filed 03/27/2008   Page 2 of 2
Case 1:08-cv-00032-RBW   Document 3      Filed 01/07/2008   Page 2 of 2

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount. ___0___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   4 dependants

I declare under penalty of perjury that the above information is true and correct.

12/17/07                                                                    12/7/07
_____        _____
Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____ <br> United States Judge         Date | _____  1/3/08 <br> United States Judge         Date |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MS. RACHEL OQUENDO  
18726 Walter Church  
Gaithersburg, MD 20876  

MS. ANA ALGA-TORO  
18726 Walker Church Rd  
Gaithersburg, MD 20877  

MS. LINDA C RUKER  
PLAINTIFFS  
18726 W Kes Choice M  
Gaithersburg, MD 21886  

VS  

MR. PETER GREEN  
SECRETARY OF THE ARMY  
DEFENDANT  

United States Attorney  
Civil Division  
555 Fourth St N.W.  
Washington DC 20530  

12 December 2007

Case: 1:08-cv-00032  
Assigned To : Walton, Reggie B.  
Assign. Date : 1/7/2008  
Description: Employ. Discrim.

FIL[ED]  
JAN - 7  
NANCY MAYER WHITTIN  
U.S. DISTRICT C[OURT]


ACTI[VE]

## BACKGROUND
### Complaint

We three Employees come as a group from Walter Reed Army Medical Center, Medical Record Administration Division filing a Complaint of Discrimination for similar situated circumstances PROSE, we can not afford an attorney. We three Employees participated in a sexual harassment complaint, we were witnesses during the investigation. Ms. Ana Alga-Toro was the victim a male employee had kissed her toes. I Linda Rucker am the spokes person for the group, and as the Supervisor I had to sign the letter Of Termination. Leading up to the investigation, during the investigation and after the disciplinary action Management launched a war of reprisal, creating a hostile and stressful work environment, job harassment, defaming subordinates character, religious discrimination & aggravating known medical conditions of employees and contributing to new medical conditions. This Complaint of Discrimination is against Mrs. Julie [Sh]erman (Chief Medical Record Administration Division GS-13) & SFC Davis Oneal [fo]rmer NCOIC Medical Record Administration Division). There is a trail of [do]cumentation that we have consistently presented to Walter Reed EEO Office which [the]y turned a deaf ear. Further we were denied due process by Walter Reed's EEO office [u]sing an Employees of the EEO office to do the investigation, knowing there would be [a con]flict of interest compromising our civil rights by not appointing a representative of

[RECE]IVED  
[DEC] 17 2007  
WHIT[T]INGTON, CLERK  
[DIS]TRICT COURT

Attach 4

## COMPLAINT OF DISCRIMINATION COMNT'

Exhibit 2: Memorandum For Walter Reed EEO Office ( Class Action complaint of Discrimination) ( Dated 4 June 2007)

Exhibit 3: Complaint Of Discrimination With The Equal Employment Commission (Dated 11/17/2007)

Exhibit: 4 Memorandum For: Director Of Equal Opportunity / Civil Rights ATTN: Deputy For EEOCR ( Dated 26 September 2007)

Exhibit 5: Witness confirming the Religious discrimination By Mrs. Julie Sherman, spraying something in a clear bottle and saying some words about "she was going to drag the devil out of here" Is that the way a GS-13 handle issues.

### SUMMARY OF THE FACTS

Exhibit 6: As the group has documented in the above Memorandums and documents in date order below beginning in April 2007 – November 2007

Exhibit 7: Medical Documentation :

Exhibit 8: Relief: Compensatory & pugnitive damages and pain & suffering in the monetary amount of fifty thousand dollars per person

MS. RACHEL PIZZARRO-OQUENDO
*Linda Rucker for Ms. Rachel Oquendo* 12/02/07

MS. ANA ALGATORO
*Ana R. Cuayo-Tao* 12/02/07

MS. LINDA RUCKER
*Linda Rucker* 12/02/07