IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ms. Rachel Pizarro-Oquendo          31 March 2008

Ms. Ana Alga-Toro                   Case# 08-0032-RBW

&
Ms. Linda Rucker

Plaintiffs

Mr. Peter Green Secretary
Of The Army
Defendant

RECEIVED
APR 0 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ADDENDUM TO PREVIOUS MOTION
TO ALLOW PLANTIFFS TO PAY COURT COST TO PROCEED THOUGH
IT WOULD BE A HARDSHIP

    We the Plaintiffs in the above entitled case Prose, since we are not knowledgeable of civil laws would like to ask the Judge to hear our plea. The issues we are presenting are critical to our jobs and mental stability. Ms. Oquendo is currently hospitalized and she has been unable to work. Myself Linda Rucker I maintain by swallowing a number or pills twice daily.

Ms. Rachel Pizarro-Oquendo
10140 Avenel Garden
Silver Spring, MD. 20903

*Linda Rucker for Ms. Rachel Oquendo*

Ms. Ana Alga-Toro
695 Americana Drive
Annapolis, MD. 21403

*Linda Rucker for Ms. Ana Alga-Toro*

ADDENDUM TO PREVIOUS MOTION CONT'

*Linda Rucker*

Ms. Linda Rucker
18726 Walker Choice Rd # 2
Gaithersburg, MD  20886

THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

---

CERTIFICATE OF SERVICE:  3/31/2008

   WE DO HEARBY CERTIFY THAT A COPY OF THIS COMPLAINT WAS MAILED TO:


UNITES STATES DISTRICT ATTORNEYS OFFICE
CIVIL DIVISION
555 4TH STREET N.W.
WASHINGTON, D. C. 20530