IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ms. Rachel Oquendo

&

Ms. Linda Rucker

Plaintiffs

Vs

Mr. Peter Green (Secretary of The Army)
Defendant

4/11/2008

Case# 08- 0032- RBW

**RECEIVED**

APR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO PROCEED FORMA PAUPERIS & DENY UNITED STATES ATTORNEY REQUEST FOR DISMISSAL

Ms Oquendo and myself Linda Rucker would like to ask again Sir, for due consideration, due to the circumstances our voice should be heard. I would like to ask The US Attorney to show just cause and provide a statement by Ms. Ana Alga-Toro my integrity is at stake here. I have been a dedicated employee at Walter Reed, I am fifty seven years old and have twenty one years of service at accomplishing the mission and working with employees to bring out their best. Ms. Ana Alga-Toro who has since left said" she wants nothing else to do with Walter Reed and that she did not trash anyone."

We know this complaint evolved due to Ms. Oquendo and myself Linda Rucker were witnesses to a sexual harassment complaint. I supported the victim through the whole ordeal. The reprisal, hostile/stressful environment, defaming subordinates character, job harassment and conspiring to continue retaliation is directly related to the sexual harassment complaint.

MOTION TO CONTINUE FORMA PAUPERIS CONT'

After the incident Ms. Alga-Toro was absent o a regular basis, if she did not call in she left before her scheduled duty day without informing me. The HEAT was on me Management was on me they wanted her counseled or even fired. I continued to support the employees because I myself was a victim of sexual harassment here at Walter Reed that I never reported when this employees finally retired I found a new peace. So I thought I could relate to her situation and assumed she was stressed out. The comment made about wanting nothing else to do with Walter Reed shows the bad experience suffered and so have Ms. Oquendo and myself (Linda Rucker) as well and it's sad. At no time did I ever ask Ms. Alga-Toro to participate against her will. Ms Ana signed documents I wrote for the group and I provided her a copy. (see attached copies of her signature which has a specific style)

We plead with the court to please do not divert from the real issues. We are suffering from real illnesses as documented by our Physician's , Ms. Oquendo was in the hospital last week and is unable to work, she was in the process of doing her medical disability paperwork however unable to complete because of her illness. Because Ms. Alga-Toro no longer wants to be a part of the complaint will not change the facts. I would ask that the US Attorney take a close look at this information. You have up scale Managers making multiple times Ms. Oquendo and my salary (Linda Rucker) performing acts unbecoming a Federal Employee for example calling subordinates LIAR, trying to create physical confrontations, religious discrimination spraying something in the

MOTION TO CONTINUE FORMA PAUPERIS CONT'

air and saying the words" I am going to drag the devil out of here " I would ask the US

Attorney to please lets reach an agreement this going back and forth is effecting me

mentally. Medical Record Administration Division has pattern disparate treatment

of employees, it's common knowledge around Walter Reed. We must stop pushing

actions like this under the rug and hold managers accountable.

MS. RACHEL OQUENDO

MS LINDA RUCKER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

DEC 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MS. RACHEL OQUENDO | 12 December 2007 |
| MS. ANA  ALGA-TORO | |
| & | |
| MS. LINDA RUKER          PLANTIFF S | |
| VS | |
| MR. PETER GREEN SECERARY OF THE ARMY | |
| DEFENDANT | |

08-0032-RBW
Judge Walton

## BACKGROUND

   We three Employees come as a group from Walter Reed Army Medical Center, Medical Record Administration Division filing a Complaint of Discrimination for similar situated circumstances PROSE, we can not afford an attorney.  We three Employees participated in a sexual harassment complaint, we were witnesses during the investigation.  Ms. Ana Alga-Toro was the victim a male employee had kissed her toes.  I Linda Rucker am the spokes person for the group, and as the Supervisor I had to sign the Letter Of Termination.  Leading up to the investigation, during the investigation and after the disciplinary action Management launched a war of reprisal, creating a hostile and stressful work environment, job harassment, defaming subordinates character, religious discrimination & aggravating known medical conditions of employees  and contributing to new medical conditions.  This Complaint of Discrimination is against Mrs. Julie Sherman (Chief Medical Record Administration Division GS-13) & SFC Davis Oneal (former NCOIC Medical Record Administration Division).  There is a trail of documentation that we have consistently presented to Walter Reed EEO Office which they turned a deaf ear .Further we were denied due process by Walter Reed's EEO office by using an Employees of the EEO office to do the investigation, knowing there would be a conflict of interest compromising our civil rights by not appointing a representative of

our own peers.  Medical Record Administration Division has a history of illegal and disparate treatment of Employees.  I'm constantly pressured about these two employees status. which stresses me out.  Ms. Oquendo Physicians has clearly documented her illnesses & Ms. Ana  Alga-Toro is a disabled veteran ,her medical conditions documented as well. I myself have two open Workmen's Compensation claims for Depression and Post traumatic stress disorder.

The three of us in all supporting documents collaborate each others information.  For example when the Chief of Medical Records came over with a clear bottle and sprayed something in the air and said the words "" she was going to drag the devil out of hear "which she later denied however there was another employee present. This  appeared  to be a religious ritual during this same time Mrs. Sherman had two crosses taped above her door of  the crusifix  I have been informed by Ms. Oquendo on several occasions that Ms. Sherman said " She Was going to get me"  I am uncomfortable with Ms.  Sherman saying this to a subordinate under my Supervision, I take this to be a threat.  After the group of made our complaint,  I was told by the EEO Counselor that I should know the process I have did it enough. This was an act of reprisal as well and she wrote this in e-mail This is the second time I have been to Federal Court with a Complaint of Discrimination against Walter Reeds, Medical Record Administration Division the only difference is the hand of retaliation reached pass me to two other Employees.


## SUMMARY OF THE FACTS IN EXHIBITS


EXHIBIT 1:  Civil rights act of 1964 Title VII ( Equal Employment Opportunities) (Prohibited Personnel Practices)

## COMPLAINT OF DISCRIMINATION COMNT'

**Exhibit 2:** Memorandum For Walter Reed EEO Office ( Class Action complaint of Discrimination) ( Dated 4 June 2007)

**Exhibit 3:** Complaint Of Discrimination With The Equal Employment Commission (Dated 11/17/2007)

**Exhibit: 4** Memorandum For: Director Of Equal Opportunity / Civil Rights ATTN: Deputy For EEOCR ( Dated 26 September 2007)

**Exhibit 5:** Witness confirming the Religious discrimination By Mrs. Julie Sherman, spraying something in a clear bottle and saying some words about "she was going to drag the devil out of here" Is that the way a GS-13 handle issues.

## SUMMARY OF THE FACTS

**Exhibit 6:** As the group has documented in the above Memorandums and documents in date order below beginning in April 2007 – November 2007

**Exhibit 7:** Medical Documentation :

**Exhibit 8:** Relief : Compensatory & pugnitive damages and pain & suffering in the monetary amount of fifty thousand dollars per person

MS. RACHEL PIZZARRO-OQUENDO

MS. ANA ALGATORO

MS. LINDA RUCKER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA RUCKER

RACHEL OQUENDO                                            3/21/2008

&

ANA ALGA-TORO                                  08-0032-RBW

   Plantiffs

  Vs

MR. PETER GREEN
SECRETARY OF THE ARMY

   Defendant

---

## RESPONSE TO US ATTORNEY MOTION TO VACATE ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS & MOTION TO ALLOW PLANTIFFS TO PROCEED FORMA PAUPERIS

We three Employees of Walter Reed Army Medical Center, Medical Record

Administration Division, appealing to the court for due consideration to proceed

Forma Pauperis.  The facts speak for them selves when I Linda Rucker as the

spokes person  for the group did the declaration of salary.  I did not count annual salary,

annual salary will always remain standard.  However I could not count money we

don't have, which came down to our take home salary.  I really don't see how the US

Attorney can turn the pennies we make in to a finance matter.  Ms. Alga-Toro is

divorced, Ms Oquendo is married however I am not privy to that information &

I am divorced with a freshman in college. ]

## MOTION TO ALLOW PLANTIFFS TO PROCEED FORMA PAUPERIS CONT'

The US Attorney himself has documented the leave without pay that's been taken by the Plantiffs. Further Ms. Alaga-Toro & Ms Oquendo invoked their Family Medical Leave Act. I myself have two open Workmen's Compensation claims. The leave status clearly documents serious medical conditions that are directly related to the hostile and stressful work environment we have to work in on a day to day basis. Let's not forget the amount of medications we take on a daily basis to maintain, another expense. My Psychiatrist (Linda Rucker) has called the environment we work in toxic, it continues aggravate my stress level which he continues to increase my medication dosage. My Co-Plaintiffs are having the same identical problem.

Sir, we must not loose track of the real issues here Medical Record Administration has a documented history disparate and illegal treatment of Employees. In all actuality the real scrutiny should be about Management's conduct & Walter Reed EEO Office business practices.

## A REVIEW OF THE FACTS

1. Reprisal for participating in a sexual harassment complaint. Ms Alga-Toro the victim a male employee kissed her toes. The three of us participated in the investigation and I Linda Rucker as the Supervisor had to sign the letter of termination.

2. Job Harassment / creating a hostile and stressful work environment. SFC Davis (Former NCOIC for Medical Record Administration Division) Provoked office disturbances and tried to initiated a physical confrontation to the point that Ms. Julie Sherman (Chief MRAD had to hold her back)

MOTION TO ALLOW PLANTIFFS TO PROCEED FORMA PAUPERIS CONT'

3. Defaming subordinates character, making false statement about duty hours and And calling subordinates a "LIAR"

4. Religious Discrimination when Ms. Julie Sherman (Chief of Medical Records Administration Division) did in fact come over to Clinical Records Management Section and sprayed something from a clear bottle stating the words **"I'm going to drag the devil out of hear"**. I still find it inconceivable and there is not a day that we don't think about this religious act.

5. Walter Reed EEO office denying us due process by using an employee of the EEO to do the investigation creating a conflict of interest and bias

6. Conspiring to commit discrimination , continued reprisal Creating a hostile & stressful work environment complaint filed 12/28/2007 though we have an active complaint they continue to conspire to retaliate.

    Therefore we three Employees plead with the court to deny the US Attorneys motion to deny Forma Pauperis.

LINDA RUCKER

RACHEL OQUENDO

ANA ALGA-TORO

MCHL-PAD-MR

4 June 2007

Memorandum For:  WRAMC EEO Office.

2007 JUN -5  PM 2: 35

SUBJECT:  Class Action Complaint Of Discrimination For:  Reprisal For participating In A Complaint Of Sexual Harassment, Abuse Of authority, Intimidation, Job Harassment, Undermining the Supervisor's Authourity  & Creating a Hostile Work Environment and Aggravating Known Medical Conditions Of Subordinate Employees, Harassing the Supervisor Over False Information About Mrs. Pizarro's Attendance, A Class Action Complaint Is Being filed Against SFC Davis O' neal  (NCOIC MRAD)

1.  This former employee named in a complaint of sexual harassment had developed an unusual close relationship with SFC Davis & SFC Mcknight. I think his intentions were he would have protection against his inappropriate behavior. In fact a number of employees became angry after the employee informed them of the complaint.

2.  Since the sexual harassment complaint against Mr. Cornell James and then the termination of the employee. Mrs. Rachael Pizarro, Mrs. Ana ``Alago-Toro & Mrs. Linda Rucker, we have endured undue retaliation, abuse of authority, which at this point is effecting, our health and the office environment. Mrs. Sherman (Chief of MRAD) & MSG Smith (NCOIC PAD ) have been notified of SFC Davis conduct, Mrs. Sherman did however call a meeting and SFC Davis did not show up.

3.  Mcknight told me it was pretty gruddy what we did to that employee. Since the complaint he has been very visible in the section some times alone or with SFC Davis even though SFC Mcknight no longer work in the area. This has made the three of us feel intimidated from both SFC Davis & SFC Mcknight.  We were informed either SFC Davis or SFC Mcknight were trying to bring the employees back contract, which would make us more uncomfortable. We were under the impression that it's zero tolerance for sexual harassment and that we were participating in protected activity which has not been the case.

4.  Most of the  incidents we are making a complaint about has been done in the presence of Staff so there are witnesses.  After calling this matter to the attention of EEO we expect more retaliation.  We should be protected against any further reprisal and the Director of PAD should be notified, no one should have to work under these type conditions.

5. Please see attachments.

## CLASS ACTION COMPLAINT CONT'

2007 JUN -5 PM 2: 35

1.  Mrs. Rachel Pizarro _~~Rachel R Olgado~~_ 6-4-07

2.  Mrs. Ana Alga-Toro _~~Ana P Alago-Tor~~_ / 6-4-0■

3.  Mrs. Linda Rucker _~~Linda Rucker~~_ 6/4/07

**EQUAL EMPLOYMENT COMMISION**
**WASHINGTON, D.C.**

| | |
|---|---|
| Ms. Rachel Pizarro-Oquendo | } |
| | } |
| | } |
| Ms. Ana Alga-Toro | } |
| | } |
| & | } |
| Ms. Linda Rucker | } |
| VS | } |
| Mr. Peter Green, Secretary Of | } |
| The Army | } |

**COMPLAINT OF DISCRIMINATION**

11\17\07

Complaint of discrimination against SFC Davis Oneal former NCOIC Medical Record Administration Division (MRAD)Walter Reed Army Medical Center & Mrs. Julie Sherman (Chief Medical Records Administration Division) Walter Reed Army Medical Center) Medical Record Division at Walter Reed Army Medical Center has a history of illegal treatment of employees.

Ms. Rachel Pizarro-Oquendo, Ms Ana Alga-Toro & my self Linda Rucker spokes- person for the group. The three of us participated in a sexual harassment complaint, which the three of us were witnesses and Ms. Ana Alga-Toro was the victim and I myself Linda Rucker had to sign the termination letter. Within the time frame leading up to termination during the investigation Management began their cruel retaliation even though we were participating in protected activity.

There were accusations of me giving these two employees leave time. The former Employee that kissed Ms. Alga-Toro's foot had developed a close relationship with Management. There were rumors that she could have prevented this incident and this is how our basis of discrimination was initiated when basically they told us at that point we were being watched.

On 5 June 2007 the three of us contacted EEO as a group to file a discrimination complaint of reprisal, job harassment, religious discrimination, defaming subordinates character, creating a hostile and stressful work environment, inimidation and aggravating known mental medical conditions of employees.

Please note the three of us contacted EEO on 5 June 2005 on 9 June 2007 obviously EEO contacted Management and 9 June everything blew up in to a big confrontation. The morning of 9 June 2007 SFC Davis Oneal sent me Linda Rucker an e-mail as the Supervisor questioning Mrs. Rachel's time even though she had received the same e-mail. I replied by saying SFC are you trying to entrap me. At that time I called Ms Oquendo in to the office and showed her that the time of the

computer and the time she wrote in response were different times. A short time later SFC Davis Oneal came over to the office.
She asked the employee about her time instead of speaking to me reference to the employee. The employee felt she was being singled out and she called to SFC Davis attention that Outpatient Staff come in at the same time as her without supervision at that time SFC Davis opened the door and asked the employees in Outpatient records do they come in without supervision which created animosity and a hostile work environment. SFC Davis then closed the door and she continued to intimidate and provoke the employee in to a confrontation. At that time the employee tried to leave the office and SFC Davis pushed on the door to keep her from leaving, I was trying to calm both their voices, Ms. Oquendo finally went to the chief's office Mrs. Julie Sherman  to try to resolve the issue the confrontation continued an employee finally lead Ms. Oquendo out side and SFC Davis Oneal had to be held back by Mrs. Sherman. This same day after all the confusion Ms. Julie Sherman would come over to the office and spray something from a clear bottle using the words 'she was going to drag the devil out of here" during this same time I noticed two crosses of the crusifix taped above her door. Mrs. Sherman denies this happened however there was another employee that witnessed her actions. I believe this religious act was intentional against the three of us with the EEO complaint. Finally is this the way a Chief GS-13 resolve issues. We are still in shock that a person of her standing did this.

After this incident we contacted one of the best labor lawyers in the business Passman & Kaplan for a paid consultation. We were then informed by Mr. Passman himself we could file as a group since the circumstances are similarly situated.

I would like the to mention as well that The EEO counselor that works for the Walter Reeds EEO office, I think she was bias and we requested an investigation by one of our own peers so that we would get fair treatment. This same EEO counselor mentioned the fact that I Linda Rucker was involved in prior EEO activity, by saying " I should know what the process is I did it enough". Ms. Tammi Brown an EEO counselor should not make this type of comment her actions demonstrate more retaliation for participating in prior EEO activity.

The trail of documentation and witnesses will be presented at the hearing.

## What We Are Seeking

Compensatory and pugnitive damages of fifty thousand per person, for defaming characters and reprisal of subordinate employees participating protected activity creating a stressful and hostile work environment and practicing religious rituals while on duty as a federal employee.

*For Ms. Rachel Pizarro-Oquendo*

**Ms. Rachel Pizarro-Oquendo**


**Ms. Ana Alga-Toro.**

**Ms. Linda Rucker**

MCHL-PAD-MR                                    26 September 2007

MEMORANDUM FOR:  Director Of Equal Employment Opportunity/Civil Rights
ATTNN: Deputy For EEOCCR (SAMR-EO-CCR)

SUBJECT:  Reference To Unfair Practices By The Walter Reed To Assure Employees
Are given Fair And Due Process (Using An Employee Of The EEO Office To Investigate
A Complaint, Knowing There Would  Be  Conflict Of Interest About The Facts &
Compromising Our Civil Rights By Not Appointing A Representative Of Our Own
Peers

     Two Employees and myself made contact with Walter Reed EEO Office reference to
Reprisal and Creating A Hostile work environment and religious discrimination.  The
process has not been treated fair.  The victim of the sexual harassment complaint was
made to feel badly as if she had done something wrong Managers and other Employees
was looking at her differently which was a very stressful time for her.  I informed the
employees I would support her not to worry about what everyone was saying.  This
is how the complaint  this is how the complaint evolved.  Mrs. Rachel Pizarro-Oquendo
and myself Linda Rucker were witnesses and I as the Supervisor I had to sign his
termination.  Mr. James had established a close Relationship With Management their
retaliation became worst after the employee was terminated

     The environment continues to be hostile and the Chief Of Medical Records really
added to the situation when she came into CRM section sprayed something from a clear
bottle stating the words that she was going to "Drag the devil out of here" The GS-13
Chief Of Medical Records then Mrs. Julie Sherman had two crosses over her office door as
well.  This same person called me a Liar seven or eight times in the presence do SFC
Arringdale which was inappropriate & unprofessional.  This same Manager made an
untrue accusation saying I was making it hard for Mrs. Rachel in EEO counselors report
 I was making it hard for Mrs. Rachel also stating the employee asked her for a transfer
When whenever I went to her office to complain about SFC Davis Mrs. Sherman asked
her if she wanted to transfer

     SFC Davis the other Manager named in the complaint with her harassment of me about
the employees, undermining me as the Supervisor she had total lack of respect for me.
The incident when  SFC Davis was arguing with Mrs. Rachel  and Mrs. Sherman had to
hold her back  to keep her from attacking Mrs. Rachel.  It's on this same day Mrs.
Sherman sprayed a liquid from a clear bottle in air stating the words used in the above
paragraph.  Even though Mrs. Sherman denies what she did to the EEO counselor there
was myself Linda Rucker another employee present.

The three of us has been fearful of our surroundings since making the complaint
Our belief is that she was practicing some religious ritual.  Subordinate employees
should not have to be subjected to such religious practices.  Now everyone is turning
around their information around even the EEO counselor.

In conclusion the agency need to investigate our complaint with one of our own peers.
We should be able to file our complaint as a group because our complaint similarly
situated.  This has aggravated medical conditions and created new medical conditions.
for the three us all because we participated in protected activity asexual harassment
complaint.

Mrs. Rachel Pizarro –Oquenodo

Mrs. Ana Alga-Toro

Mrs. Linda  Rucker

MCHL-PAD-MR                                    6 August 2007

SUBJECT: Attendance & Mental Stress

Dear Mrs. Rucker,

    I wanted to take this opportunity to explain my mental condition during the past few months after making a sexual harassment complaint, I have not been myself.  I have been very stressed over the environment it created and consequently it has effected my attendance I,I was the victim here.  I will go and talk with the Workmen's Compensation office today.

    I would ask that you work with me hopefully I will start to feel more comfortable and improve on my attendance.

Thank you for your help Mrs. Rucker I really appreciate all you have done for me.

Mrs. Ana Algo-Toro
MRT,
CRM

March 2007

Toward the end of March O'Neal approached me at my desk which is in the front office accusing me of purposely filling my timesheets wrong. I explained to her several times That I had worked from 0700 to 1100, which is four hours, I put on my time sheet leave from 1200 to 1600, which is also four hours & that accounts for an eight hour work day. So I would leave at 1100 for my lunch. She told me that I was filling out my timesheets wrong & that it was considered cheating the government. I didn't appreciate her discussing this in front of my co-workers. Later that day Mrs. Rucker approached me & said that O'Neal needed to speak to me about my time sheets again. I explained it to her again & she just argued saying that by regulations I couldn't do that. I asked to see the regulation that stated this & it was never provided to me. She also made me change several leave slips from the past making me account for an extra hour. I never got this time back or got paid for it. She also added that for future leave we could take our lunch but we had to remain in the building. I asked our time keeper the secretary Mrs. Joan about this when she returned from sick leave & was told that I had been doing it correctly the entire time. I'm tired of constantly being singled out & harassed about everything that I do. Ever since the complaint was filed against Mr. James this is exactly how I'm being treated.

*Ana R Alago-toro*
Ana R. Alago-toro

**Rucker, Linda R Ms WRAMC-Wash DC**

| | |
|---|---|
| **From:** | Rucker, Linda R Ms WRAMC-Wash DC |
| **Sent:** | Wednesday, August 08, 2007 11:25 AM |
| **To:** | 'tammi.browm@na.amedd.army.mil'; Taylor-Whitehead, Cheryl LTC WRAMC-Wash DC |
| **Cc:** | Alago-Toro, Ana R Ms WRAMC-Wash DC; Pizarro-Oquendo, Rachel Ms WRAMC-Wash DC |
| **Subject:** | Reference To Complaint Of Discrimination, Continued Reprisal , Abuse Of authourity and Creating A Hostile & Stressful Environmemnt (UNCLASSIFIED) |
| **Signed By:** | linda.rucker@us.army.mil |

Classification:  UNCLASSIFIED
Caveats: NONE


Memornadum For:  WRAMC EEO Office

Dear Mrs. Tammi Brown (EEO Counselor)

I think I called to you attention that Mrs. Sherman (GS-13)Chief Of MRAD)   hired an acquintance of hers to become my immediate supervisor and my concerns it's happened.  My section had a GS-6 Lead Medical Record Technician Position open.  Mrs. Sherman was the point of contact, I asked on several occasions for the package, I was going to set up interviews to keep it fair because I know other employees in the office applied as well. On 7 August 2007 I was informed a selection was made.  I was hurt, Mrs. Hinnant now my immediate supervisor infomed me that she and Mrs. Sherman (Chief of MRAD) made a selection and they can do that.  I then said there is nothing in my work history saying I could not make my selction myself since I have to work with this
person and not just that I am the one that's down in the trenches and know what has to be done to acccomplish the mission. Mrs. Sherman has not done this to any of the other Supervisors.

Mrs Sherman's constant retaliation is getting hard to bear,  I had to ask who was selected and no one infomed the Staff either.  Mrs Ana came to me this morning inquiring about the position since she has a ten point veteran's preference and felt she should have been interviewed as well Mrs. Sherman continues to retaliate and abuse her authourity and continues to create a hostile work environment.  Which effects the office morale and Staff performance.


There is just too many  incidents of illegal discrimination by Mrs. Sherman a (GS-13, Chief of MRAD) there was the incident of her spraying us with something in a clear bottle and saying the words " I'm going to drag the devil out of here", there was the incident of her calling me a LIAR in the presence of SFC Arringdale saying I never told he anything about LTC Amaker I went through my e-mails and there were two with Mrs. Sherman & LTC Amakers's name and one where I specifically wrote to her and SFC Davis stating LTC Amaker heads up that medical record retirement section at PASBA. I infomed Mrs. Sherman I would not make an untruth like that yet she continued to call me a LIAR seven or eight times.  A few weeks after this incident I was called to her office to pick up some paperwork I looked up above her office door and there where two crosses taped there.  When I seen them I felt very uncomfortable I infomed EEO of the crosses who said it was illegal that only the chaplin can have a cross up on his wall.


The stress this is causing me and the employees involved in this complaint causing health concerns I myself have a FECA claim for depression & postraumatic stress disorder and the environment being creatd by Mrs. Sherman, Mrs Rachel has since filed a FECA claim as well. I don't understand

1

how she can head up a process because documit acts like this they have to be premeditaded, in other words she has to be plotting and plannning against us three employees.

Please provide us with our next step in the complaint process, we must file a formal complaint something has to be done. I will provide a hard copy to EEO as well.

LINDA RUCKER

Mrs. Ana Alago-Toro

Mrs. Rachel Pizarro-oquendo
Classification: UNCLASSIFIED
Caveats: NONE

2

THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

4/11/2008

CERTIFICATE OF SERVICE:

WE DO HEARBY CERTIFY THAT A COPY OF THIS COMPLAINT WAS MAILED TO:

UNITES STATES DISTRICT ATTORNEYS OFFICE
CIVIL DIVISION
555 4TH STREET  N.W.
WASHINGTON, D. C. 20530