IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA RUCKER
&
RACHEL PIZZARIO
Plantiffs

vs

Mr. Peter Greene

Secretary Of The Army

*21 July 2008*
*08-0032 -RBW*

MOTION FOR PROTECTION FROM FURTHER RETALIATION & WHISTLER BLOWER PROTECTION

Dear Judge Walton Sir,

We come before the court again asking for the court's consideration in the matter of continued **retaliation & whistler blower** protection. Ms Rachel has since resigned her position here at Walter Reed because of her poor health, which has caused a tremendous impact on her family. As for my depression & post traumatic stress disorder the best I can do is maintain.

The investigation which they interviewed Ms, Rachel & myself Ms. Alga-Toro who left Walter Reed I don't know of her status, US attorney should know. We started the case as a group after a sexual harassment complaint. The US Attorney reported this information to the court without an investigation & has not responded since.

I recently applied for a promotion in Medical Record Administration Division which Civilian Personnel referred my name to Management as one the best qualified.

**RECEIVED**

JUL 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

21 July 2008

CERTIFICATE OF SERVICE

Case# 08-0032-RBW

I do hear by certify that a copy of the attached motion was mailed to:

UNITED STATES ATTORNEY'S OFFICE
501 Third St. N.W.
Civil Division 4th Floor
Washington, D.C.
20001


LINDA RUCKER


RACHEL PIZZARIO

## Rucker, Linda R Ms WRAMC-Wash DC

| | |
|---|---|
| **From:** | Rucker, Linda R Ms WRAMC-Wash DC |
| **Sent:** | Tuesday, July 08, 2008 10:34 AM |
| **To:** | Ratliffe, Isalia A Ms WRAMC-Wash DC |
| **Cc:** | Sherman, Julie U Ms WRAMC-Wash DC; Oates, Stephen L MAJ WRAMC-Wash DC; Taylor-Whitehead, Cheryl COL WRAMC-Wash DC |
| **Subject:** | Reference To Referal For Positon Of Supervisory Medical Records Specialist (UNCLASSIFIED) |
| **Signed By:** | linda.rucker@us.army.mil |

Classification: UNCLASSIFIED
Caveats: NONE


Dear Management Team,


   I learned this morning that I was referred for the position of Supervisory Medical Record Specialist
 (NCAN0866221D2)on 7/2/2008.  I sincerely hope I will be given consideration for this position.  I have been dedicated
 to the mission here at Walter Reed for twenty one years.  I hope I will be judged on my knowledge and the quality of my
 work not about fact that I made an EEO complaint. When I read the message this morning that I was referred I was both sad
 and happy because I then realized my name has been removed from the employee list.

   Thanks in advance for your time & consideration.

   Congratulations LTC Oates!!!

   LINDA RUCKER
   TRABSCRIPTION
   782-8614
Classification: UNCLASSIFIED
Caveats: NONE

1

**Rucker, Linda R Ms WRAMC-Wash DC**

| | |
|---|---|
| **From:** | Rucker, Linda R Ms WRAMC-Wash DC |
| **Sent:** | Tuesday, July 08, 2008 2:58 PM |
| **To:** | Ratliffe, Isalia A Ms WRAMC-Wash DC |
| **Subject:** | Reference To Consideration For Position In Your Section (UNCLASSIFIED) |
| **Signed By:** | linda.rucker@us.army.mil |

Classification: UNCLASSIFIED
Caveats: NONE


Dear Mrs. Ratliffe (Deputy Chief MRAD)

I hate to seem like a broken record may I please, please have an opportunity at this job. I believe I would be an asset to the section. It's not like a new person coming on board I know the process from admission to retirement to National Personnel Records Center. A new person would rely be getting information from the Staff in place, which is not always good they will more than likely tell you what they want you to hear. I would not have a problem analyzing records or doing what ever is required of me to accomplish the mission and move forth. I could sit where Mr. Henry sat.

I have a daughter that will be attending her second year of college and with the economy, please help me and discuss with Management the pro's of giving me an opportunity. I feel sort of embarrassed but sometime we have to ask for help.

Thanks again for your time and consideration.



LINDA RUCKER
782-8614



Classification: UNCLASSIFIED
Caveats: NONE

1